F I L E D
CLERK, U.S. DISTRICT COURT
4/10/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES FERNANDES,<br><br>　　　　Defendant. | ED CR No. 5:24-cr-00094-SSS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1951(a): Interference with Commerce by Robbery; 18 U.S.C. §§ 2113(a), (d): Armed Bank Robbery; 18 U.S.C. §§ 924(c)(1)(A)(i), (ii): Possess, Use, Carry, and Brandish a Firearm in Furtherance of, and During and in Relation to, Crimes of Violence; 18 U.S.C. §§ 981(a)(1)(C), 924, 924(d)(1) 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 1951(a), 2(a)]

On or about July 30, 2023, in San Bernardino County, within the Central District of California, defendant JAMES FERNANDES, and others known and unknown to the Grand Jury, each aiding and abetting the other, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by knowingly and willingly

committing robbery, in that defendant FERNANDES and others known and unknown unlawfully took and obtained property consisting of approximately $4,168 in cash, belonging to Walmart, Inc., located at 4001 N. Hallmark Parkway, San Bernardino, California, a grocery and department store chain, the inventory of which traveled in interstate commerce, from the person and in the presence of employees of Walmart, Inc., against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

COUNT TWO

[18 U.S.C. § 1951(a)]

On or about December 30, 2023, in San Bernardino County, within the Central District of California, defendant JAMES FERNANDES obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by knowingly and willingly committing robbery, in that defendant FERNANDES unlawfully took and obtained property consisting of approximately $1,387 in cash, belonging to Walmart, Inc., located at 2050 W. Redlands Boulevard, Redlands, California, a grocery and department store chain, the inventory of which traveled in interstate commerce, from the person and in the presence of employees of Walmart, Inc., against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

COUNT THREE

[18 U.S.C. §§ 2113(a), (d), 2(a)]

On or about January 12, 2024, in San Bernardino County, within the Central District of California, defendant JAMES FERNANDES, and others known and unknown to the Grand Jury, each aiding and abetting the other, by force and violence, and by intimidation, knowingly took from the person and presence of another approximately $20,238 belonging to, and in the care, custody, control, management, and possession of, U.S. Bank, located at 4594 N. University Parkway, San Bernardino, California, a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In committing this offense, defendant FERNANDES assaulted and put in jeopardy the life of victim teller A.M., and others, by using a dangerous weapon and device, namely, a black handgun.

COUNT FOUR

[18 U.S.C. §§ 924(c)(1)(A)(i), (ii)]

On or about January 12, 2024, in San Bernardino County, within the Central District of California, defendant JAMES FERNANDES knowingly used and carried a firearm, namely, a black handgun, during and in relation to, and possessed the firearm in furtherance of, a crime of violence, namely, Armed Bank Robbery, in violation of Title 18, United States Code, Section 2113(a), as charged in Count Three of this Indictment, and, in so doing, brandished that firearm.

COUNT FIVE

[18 U.S.C. §§ 2113(a), (d), 2(a)]

On or about February 27, 2024, in Riverside County, within the Central District of California, defendant JAMES FERNANDES, and others known and unknown to the Grand Jury, each aiding and abetting the other, by force and violence, and by intimidation, knowingly took from the person and presence of another approximately $1,000 belonging to, and in the care, custody, control, management, and possession of, U.S. Bank, located at 9103 Mission Boulevard, Jurupa Valley, California, a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In committing this offense, defendant FERNANDES assaulted and put in jeopardy the life of customers and employees by using a dangerous weapon and device, namely, a black handgun.

COUNT SIX

[18 U.S.C. §§ 924(c)(1)(A)(i), (ii)]

On or about February 27, 2024, in Riverside County, within the Central District of California, defendant JAMES FERNANDES knowingly used and carried a firearm, namely, a black handgun, during and in relation to, and possessed the firearm in furtherance of, a crime of violence, namely, Armed Bank Robbery, in violation of Title 18, United States Code, Section 2113(a), as charged in Count Five of this Indictment, and, in so doing, brandished that firearm.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One, Two, Three, or Five of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to any of the offenses; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL


                                         /s/
                                        _____
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

DECLAN T. CONROY
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section