E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DIANE ROLDÁN (Cal. Bar No. 288224)
Assistant United States Attorney
General Crimes Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6567
     Facsimile: (213) 894-0141
     Email:    diane.roldan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>              v.<br><br>JAMES FERNANDES,<br><br>            Defendant. | No. 5:24-CR-00094-SSS<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE:**<br>April 7, 2025, 9:00 a.m.<br><br>**[PROPOSED] PRETRIAL CONFERENCE:**<br>March 21, 2025, 10:00 a.m. |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1 | The Court further finds that: (i) the ends of justice served by
2 | the continuance outweigh the best interest of the public and
3 | defendant in a speedy trial; (ii) failure to grant the continuance
4 | would be likely to make a continuation of the proceeding impossible,
5 | or result in a miscarriage of justice; and (iii) failure to grant the
6 | continuance would unreasonably deny defendant continuity of counsel
7 | and would deny defense counsel the reasonable time necessary for
8 | effective preparation, taking into account the exercise of due
9 | diligence.
10 | THEREFORE, FOR GOOD CAUSE SHOWN:
11 | 1.  The trial in this matter is continued from November 18,
12 | 2024, at 9:00 a.m., to April 7, 2025, at 9:00 a.m.  The Pretrial
13 | Conference is continued to March 21, 2025, at 10:00 a.m.  The Court
14 | also sets the following schedule for any pretrial motions: Motions
15 | shall be filed by February 21, 2025; oppositions shall be filed by
16 | March 7, 2025; replies, if any, shall be filed by March 14, 2025.
17 | 2.  The time period from November 18, 2024, to April 7, 2025,
18 | inclusive, is excluded in computing the time within which the trial
19 | must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
20 | and (B)(iv).
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____     _____
 DATE                                HONORABLE SUNSHINE SUZANNE SYKES
                                     UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
_____
DIANE ROLDÁN
Assistant United States Attorney